KUFFERMAN et al., Respondents, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. March 26, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Samuel Kufferman and others against the New York City Railway Company. From a judgment for plaintiffs, defendant appeals. Affirmed. William E. Weaver, for appellant. A. B. Greenberg, for respondents.

PER CURIAM. Judgment affirmed, with costs.

SCOTT, P. J. (dissenting). I dissent. It appears to be a physical impossibility that the wagon could have been hit where it was, and driven against the elevated railroad pillar as plaintiffs' witnesses say it was, if the accident happened as plaintiff claims that it did.

LABLACK, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Otto E. Lablack against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

LACKNER, Respondent, v. AMERICAN CLOTHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1906.) Action by John Lackner against the American Clothing Company. No opinion. Motion granted.

LANE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by Frank Lane against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that no negligence was shown on the part of the defendant, that plaintiff assumed the risk, and that the exceptions as to evidence and the charge of the court present reversible errors.

LAPIEDUSE, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by Lillie Lapieduse, an infant, etc., against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the errors complained of were not of sufficient importance to require reversal.

SPRING, J., dissents.

LARKIN, Appellant, v. McNAMEE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 2, 1906.)

Action by Patrick Larkin against John McNamee, individually and as executor, etc., and others. No opinion. Motion granted to resettle orders. See 96 N. Y. Supp. 827.

LARKIN, Appellant, v. McNAMEE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Patrick Larkin against John McNamee and others. No opinion. Motion denied, on the ground that the application should be made to the Special Term.

LAU, Appellant, v. VOLKMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by William Lau against John H. Volkmann and others, doing business under the firm name and style of Volkmann, Stollweck & Co. No opinion. Judgment unanimously affirmed, with costs.

LAVANDOWSKI, Respondent, v. DYMOWSKI, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Frank Lavandowski against Michael Dymowski. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

LAWRENCE et al., Appellants, v. LIAS, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by George H. Lawrence and another against Arthur W. Lias, individually, etc. H. C. Henderson, for appellants. J. R. Halsey, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LAWSON, Appellant, v. LAWSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by William M. Lawson against Lena L. Lawson. No opinion. Appeal dismissed, with $10 costs and disbursements.

LEIFERT, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Henry Leifert against the Interborough Rapid Transit Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LEIFERT, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by Henry Leifert against the Interborough Rapid Transit Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

LEU et al., Respondents, v. KOSCHERAK, Appellant. (Supreme Court, Appellate Divi-